The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FENGRU ZHAO,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, *et al.*,<br><br>Defendants. | Case No. C25-2751-SKV<br><br>**STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER**<br><br>Noted for Consideration:<br>March 9, 2026. |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until June 12, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services (USCIS) to adjudicate her application for asylum. Defendants' response to the Complaint is currently due on March 9, 2026. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until June 12, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need for further judicial intervention. USCIS conducted Plaintiff's asylum interview on February 12, 2026, and is diligently working toward completing the adjudication process within 120 days of her interview. If the adjudication is not completed within that time, USCIS will provide a status report to the Court.[1] Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS more time to process Plaintiff's application and thus, the parties hope, to resolve this matter without further court proceedings.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until June 12, 2026. The parties will submit a status update on or before that date.

//

//

[1] Notably, USCIS currently cannot issue final adjudications of asylum applications, due to the USCIS Policy Memorandum PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries*, issued on December 2, 2025. Available at https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf (last visited Mar. 5, 2026). USCIS can, however, continue to interview applicants and process their applications.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 9th day of March, 2026.

Respectfully submitted,

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60456
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: sean.arenson@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 381 words, in compliance with the Local Civil Rules.

*s/ Dennis C. Lam*
DENNIS C. LAM, WSBA No. 22899
Law Offices of Dennis Lam, PLLC
15921 NE 8th St., Suite C-208
Bellevue, WA 98008
Phone: 206-682-9233
Email: dennis@dennislam.com

*Attorney for Plaintiff*

**[~~PROPOSED~~] ORDER**

The case is held in abeyance until **June 12, 2026**.[2] The parties shall submit a status update on or before that date.

It is so **ORDERED**.

DATED this 9th day of March, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

[2] The parties should note, however, that the deadline to decline consent to proceed before a Magistrate Judge remains March 16, 2026. *See* Dkt. 5.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970